# THE MERCANTILE BANK OF THE AMERICAS, INC.,

## v.

# WEST PORTO RICO SUGAR COMPANY, INC., et al.

---

San Juan, Equity, No. 1071.

REHEARING OF EQUITY ISSUE.

Equity—Usury.

  Where upon a rehearing opportunity was given to both sides to introduce more evidence and one side sets up usury, the court

Mercantile Bank v. West Porto Rico Sugar Company.

will not disregard this as informal; but will afford an opportunity for a reformation of the pleadings so as to include it.

Opinion filed May 6, 1921.

———

*Mr. H. G. Molina* for plaintiff.

*Mr. Cay. Coll y Cuchi* for defendant.

HAMILTON, Judge, delivered the following opinion:

This cause was submitted upon evidence taken. The court held that the plaintiff had not satisfactorily made out its case because it had not explained the lapse of time of shipment of sugars apparently without complaint by the plaintiff. Upon a motion for a rehearing an opportunity was given to both sides to introduce correspondence throwing light upon this interval. This has been done on both sides and the court would be able to decide without more but for the fact that Receiver Martinez has put in his affidavit containing letters the sworn allegation that the claim of the plaintiff is usurious.

The court could disregard this as raised too late, but the amount involved is large and if true it would make a material difference in the decree for the plaintiff, and hence would make a material difference in the assets going to creditors. In other words, disregarding this informal pleading would be a simple way of reaching a conclusion, but it would not be a just conclusion.

It would seem best therefore to set aside the submission of the case and allow the receivers ten days in which to amend

their pleadings so as to present the issue of usury if they are so advised. If they do not so amend their pleadings in ten days the case shall stand resubmitted upon the evidence now in the file and will be decided accordingly.

It is so ordered.